## 6520. WILLIAMS v. THE STATE.

BROYLES, J. The corpus delicti not having been proved, the conviction of
the defendant was contrary to law.                    *Judgment reversed.*
DECIDED SEPTEMBER 23, 1915.

Accusation of larceny; from city court of Irwin county—Judge
Newbern. *March 27, 1915.*

The accusation charged Samuel Williams with the larceny of a
pair of leather, gun-metal, men's shoes, of the value of $2, the
property of Sam Henderson. The only testimony introduced at
the trial was that of A. L. Tucker, who testified as follows: "I
know the defendant, Sam Williams. Sam Henderson complained
to me that he had missed some shoes; they were gun-metal leather
men's shoes. I went to this boy's house and arrested him, and I
asked him where the shoes were that he stole, and he told me that
these were the ones which he was putting on. He told me they
were Sam Henderson's shoes. They were gun-metal leather shoes,
and they were worth $2. Sam Henderson lives on Bill Tankers-
ley's place in Irwin county; and defendant said he got the shoes
from Sam Henderson's house on Mr. Bill Tankersley's place. Sam
Williams told Sam Henderson that he would pay him for the
shoes. The defendant gave the shoes back to Sam Henderson, say-
ing, 'Here are your shoes.'" The defendant's statement was as
follows: "Sam Henderson pawned me a pair of shoes for fifty
cents. Mr. Tucker came and arrested me and asked me where
Sam's shoes were. I told him that the ones I had on was them.
I told Sam Henderson in Mr. Tucker's presence to pay me back
my money and he could have the shoes."

*Melvin Meeks, Homer Oxford,* for plaintiff in error.
*Dwight L. Rogers, solicitor,* contra.